**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**
**1340 United States Courthouse**
**75 Ted Turner Drive SW**
**Atlanta, GA 30303**

| | | |
|---|---|---|
| In Re: | Plaintiff<br>**James Arthur Woody III**<br>3888 Centennial Trail<br>Duluth, GA 30096<br><br>xxx–xx–3987<br><br>– v – | Case No.:  **19–05204–sms**<br>Judge:  **Sage M. Sigler** |
| | Defendant<br>**Mr. Copper, a/k/a Nationstar Mortgage, LLC**<br>Reg. Agent Corporation Service Company<br>40 Technology Parkway South, Suite 300<br>Norcross, GA 30092–2924 | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing will be held

**May 13, 2020** at **10:45 AM** in **Courtroom 1201, Atlanta** to consider and act upon the following:

Defendant's Motion for Judgment on the Pleadings (Docket No. 10)

     Given the current public health crisis, hearings may be telephonic only. Please check the Important Information Regarding Court Operations During COVID–19 Outbreak tab at the top of the GANB Website (www.ganb.uscourts.gov) prior to the hearing for instructions on whether to appear in person or by phone.

United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

*M. Regina Thomas*

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: April 22, 2020

Form 165ap