# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re<br><br>JAMES ARTHUR WOODY, III,<br><br>Debtors. | CASE NO. 12-73474-SMS<br><br>CHAPTER 13<br><br>JUDGE: HONORABLE SAGE M. SIGLER<br><br>ADVERSARY CASE NO.   19-05204-SMS |
| JAMES ARTHUR WOODY, III,<br><br>Plaintiff,<br><br>vs.<br><br>MR. COOPER, a/k/a NATIONSTAR MORTGAGE, LLC<br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,<br><br>Defendants. | |

### NATIONSTAR MORTGAGE LLC D/B/A
### MR. COOPER'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE

COMES NOW, Nationstar Mortgage LLC d/b/a Mr. Cooper ("Mr. Cooper") by and through their attorney, Aldridge Pite, LLP and pursuant to Fed R. Civ. P. 41(b); B.R. 7041; NDGa LR 41.3 to file its Motion to Dismiss for Failure to Prosecute ("Motion"). Mr. Cooper moves this Court for enter an Order dismissing this Complaint with prejudice.  This Motion is based on the facts and relief requested

1

in Mr. Cooper's Brief in Support of the Motion for Judgement on the Pleadings filed concurrently with this Response and all other pleadings of record.

**WHEREFORE**, Mr. Cooper respectfully request that the Court grant its Motion to Dismiss for Failure to Prosecute in the entirety and tax Plaintiff with all costs of this action.

Respectfully submitted this 5th day of October, 2021

ALDRIDGE PITE, LLP

/s/ Brian K. Jordan            .
Brian K. Jordan, Georgia Bar No. 113008
Attorney for Mr. Cooper
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305
Phone: (404) 994-7304
E-mail: bjordan@aldridgepite.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 12-73474-SMS |
| JAMES ARTHUR WOODY, III, | CHAPTER 13 |
| Plaintiff. | JUDGE: HONORABLE SAGE M. SIGLER |
| vs. | |
| MR. COOPER, a/k/a NATIONSTAR MORTGAGE, LLC NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, | ADVERSARY CASE NO. 19-05204-SMS |
| Defendants. | |

## CERTIFICATE OF SERVICE

This is to certify that on this day I electronically filed the foregoing **Motion for Judgment on the Pleadings** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- Matthew Thomas Berry
- Adam Joseph Klein
- Paul J. Sieg

I further certify that on this day I caused a copy of this document to be served United States First Class Mail, with adequate postage prepaid on the following parties set forth below at the address shown for each

3

James Arthur Woody, III
3888 Centennial Trail
Duluth, GA 30096

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: October 5, 2021        /s/ *Brian K. Jordan*
                                              Brian K. Jordan, Bar No.: 113008
                                              Attorney for Mr. Cooper
                                              Aldridge Pite, LLP
                                              Fifteen Piedmont Center
                                              3575 Piedmont Road, N.E., Suite 500
                                              Atlanta, GA 30305
                                              Phone: (404) 994-7400
                                              Fax: (619) 590-1385
                                              Email: bjordan@aldridgepite.com